IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COUNTY OF SHELBY, et al., <br><br> Plaintiffs, <br><br> SHELBY COUNTY BOARD <br> OF EDUCATION, et al., <br><br> Intervening Plaintiffs, <br><br> HERMAN COX, et al., <br><br> Intervening Plaintiffs, <br><br> VS. <br><br> CHARLES W. BURSON, et al., <br><br> Defendants. | NO. 96-2491-TUA <br><br> CERTIFIED TRUE COPY <br> ROBERT R. DI TROLIO <br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF TENNESSEE <br><br> BY _____ <br> DEPUTY CLERK |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

IT IS THEREFORE ORDERED AND ADJUDGED, in accordance with the Order on Motions and Cross-Motion for Summary Judgment, docketed August 15, 1996, that:

1. Tennessee Code Annotated § 49-2-201(a)(1) under the undisputed facts here presented, and as applied in light of Article XI, § 17 of the Tennessee Constitution and interpretive Tennessee Supreme Court case law to mandate the county-wide popular election of Shelby County School Board members, is declared to constitute

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/21/96

unlawful vote dilution in violation of the Equal Protection Clause of the Fourteenth Amendment;

2. The seven district plan (Plan C) approved by the Shelby County Board of County Commissioners on May 2, 1996, pursuant to Tenn. Code Ann. § 49-2-201(a)(1), is declared invalid; and

3. The defendants are enjoined from implementing a county-wide election of Shelby County School Board members, and specifically from implementing Plan C.

APPROVED:

_____
JEROME TURNER
UNITED STATES DISTRICT JUDGE

_8/21/96_____
DATE

ROBERT R. DI TROLIO
CLERK

_____
(By) DEPUTY CLERK

2